# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM FEAR,

       Plaintiff,                          Case No. 16-cv-10715
                                                Hon. Bernard A. Friedman

v.

TAURUS INTERNATIONAL MANUFACTURING, INC., et al.

       Defendants.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff William Fear and Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. hereby stipulate to the voluntary dismissal with prejudice of the above-captioned suit.

Respectfully submitted,


By: */s/Michael T. Materna*
MICHAEL T. MATERNA (P22814)
MATERNA, CUSTER & ASSOCIATES
Attorney for Plaintiff William Fear
2104 E. 1I Road, Ste. 500
Warren, MI 48091, (248) 543-8300


*/s/ Benjamin E. Reed*
John F. Weeks IV
Georgia Bar No. 335528
Benjamin E. Reed
Georgia Bar No. 719210
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree St., NE, Suite 3100
Atlanta, Georgia 30309
Tel: 404-815-3589

and

DAWDA, MANN, MULCAHY &
SADLER, PLC
Randal R. Cole (P55972)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304
Tel: 248-642-3700

*Attorneys for Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.*

Date: December 3, 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM FEAR,

      Plaintiff,                       Case No. 16-cv-10715
                                            Hon. Bernard A. Friedman

v.

TAURUS INTERNATIONAL MANUFACTURING, INC., et al.

      Defendants.

## **ORDER OF DISMISSAL**

Upon stipulation of Plaintiff and Defendants, Taurus Holdings, Inc. and Taurus International Manufacturing, Inc., the parties have agreed to a dismissal with prejudice in this case.

Therefore, it is hereby ordered, adjudged, and decreed that Plaintiff's case is dismissed with prejudice and without costs or attorney fees to any party.

This Order of Dismissal disposes all claims in this matter and closes this case.

DONE and ORDERED.

                                                s/Bernard A. Friedman
Dated: December 5, 2018         BERNARD A. FRIEDMAN
Detroit, Michigan                SENIOR U.S. DISTRICT JUDGE